**STATE of Missouri, Respondent,**

v.

**Colten W. MURPHY, Appellant.**

### ED 104517

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: May 23, 2017

Joshua D. Hawley, Attorney General, Dora A. Fichter, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899, FOR RESPONDENT.

Ellen H. Flottman, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, FOR APPELLANT.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

### PER CURIAM.

Colten Murphy appeals from the judgment entered on his convictions after a jury trial for one count of tampering in the first degree. The evidence was sufficient to support the conviction, and the court did not abuse its discretion in failing to declare a mistrial during voir dire. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).